## 15366.   TOOKE *v.* THE STATE.

BLOODWORTH, J.   1.   Each of grounds 2, 3, and 4 of the amendment to the motion for a new trial is but an amplification of the general grounds. Under the qualifying note of the trial judge to each of the other special grounds, none of them requires the grant of a new trial.

2. There is ample evidence to support the verdict.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
>
> DECIDED APRIL 16, 1924.

Indictment for manufacture of liquor; from Macon superior court—Judge Littlejohn.  December 18, 1923.

*J. J. Bull & Son*, for plaintiff in error.

*Jule Felton, solicitor-general*, contra.

---

## 15369.   McPHERSON *v.* THE STATE.

BROYLES, C. J.   The defendant was charged with making whisky.  The evidence, while circumstantial, authorized his conviction, and the court instructed the jury upon the law of circumstantial evidence.  None of the grounds of the amendment to the motion for a new trial shows cause for a reversal of the judgment overruling the motion.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
>
> DECIDED APRIL 16, 1924.